No. 72–870. CLEMONS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 72–873. STAUNTON ET AL. *v.* DONAHUE. C. A. 7th Cir. Certiorari denied.

No. 72–874. JOHNSTON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 72–875. SIEGEL ET AL. *v.* McMILLEN, U. S. DISTRICT JUDGE, ET AL. C. A. 7th Cir. Certiorari denied.

No. 72–884. GORDON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–894. RICHARDSON *v.* UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied.

No. 72–895. RIVERA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 72–907. YEAGER ET UX. *v.* TOWNSHIP OF MANSFIELD, WARREN COUNTY, ET AL. Super. Ct. N. J. Certiorari denied.

No. 72–938. ADAM ET AL. *v.* DEL BIANCO & ASSOCIATES, INC. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 72–954. VILLAGE OF LAKE BLUFF ET AL. *v.* CITY OF NORTH CHICAGO ET AL. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 72–963. HUTTER ET AL. *v.* COOK COUNTY, ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 72–964. DUMESTRE ET AL. *v.* TRAVELERS INSURANCE CO. ET AL. C. A. 5th Cir. Certiorari denied.